CASUALTY AND SURETY COMPANY, Appellant.—Application denied, with ten dollars costs.

ALBERT ROKUSON, Appellant, v. DORIS WEEKS, Respondent.—Application denied, with ten dollars costs.

JOSEPH ROSSMAN, Appellant, v. MORRIS GROSSMAN, Respondent. AARON SLIPTZIN, Defendant.—Application denied, with ten dollars costs.

In the Matter of COMMITTEE ON CHARACTER.— Pursuant to the provisions of rule 1 of the Rules of Civil Practice, PHILIP A. RORTY, Esq., residing at Goshen, in the county of Orange, is hereby appointed a member of the committee on character and fitness of applicants for admission to the bar in and for the Ninth Judicial District, in place of Honorable GRAHAM WITSCHIEF, elected a justice of the Supreme Court, to serve on such committee during the pleasure of the court; such appointment to take effect January 15, 1930. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of JAMES P. KOHLER, an Attorney.— Motion for reinstatement granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of the QUEENS COUNTY BAR ASSOCIATION to Discipline CHESTER BAFFA, an Attorney.— Matter referred to an official referee to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

GERTRUDE ZURMUHLEN, as Administratrix, etc., of FRANCIS A. ZURMUHLEN, Deceased, Respondent, Appellant, v. YELLOW TAXI CORPORATION, Appellant, A. MUSGRAVE HYDE and WILLIAM E. SHEPHERD, JR., Doing Business under the Firm Name of HYDE & SHEPHERD, H. H. VOUGHT & Co., INC., Respondents, and ERNEST H. MILLER, Defendant.— Motion for stay dismissed as unnecessary, in view of the disposition of Zurmuhlen v. Yellow Taxi Corporation (post, p. 706). decided herewith. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

GERTRUDE ZURMUHLEN, as Administratrix, etc., of FRANCIS A. ZURMUHLEN, Deceased, Respondent, Appellant, v. YELLOW TAXI CORPORATION, Appellant, A. MUSGRAVE HYDE and WILLIAM E. SHEPHERD, JR., Doing Business under the Firm Name of HYDE & SHEPHERD, H. H. VOUGHT & Co., INC., Respondents, and ERNEST H. MILLER, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JAMES A. BARRETT, Respondent, v. SINGER-KELLY COAL COMPANY, Appellant. — Order denying defendant's motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of a copy of the order herein upon payment of such costs. No opinion. Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ., concur.

ROSE CHERUBINO, as Committee of the Estate of FRANK CHERUBINO, Respondent, v. JAMES MEENAN and EVELYN MEENAN, His Wife, Appellants.*— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.; Lazansky, P. J., in concurring, recognizes the authority of Castro v. New York Railways Corporation (224 App. Div. 623),

* Aff'd., 253 N. Y. 462.